IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVONNE JONES, | No. 2:25-cv-1449-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. PAYAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. See ECF No. 12. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to misrouting of his legal mail incident to recent prison transfers, Plaintiff's motion will be granted. Plaintiff's first amended complaint filed on September 2, 2025, will be deemed timely. The Court's prior order directing service of the original complaint will be vacated. The sufficiency of Plaintiff's first amended complaint will be addressed separately.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 12, is granted.

2. Plaintiff's first amended complaint filed on September 2, 2025, ECF No. 13, is deemed timely.

3. The Court's order directing service of the original complaint, ECF No. 9, is vacated.

Dated:  September 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2