**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARVONNE JONES,<br>Plaintiff,<br>v.<br>A. PAYAN, et al.,<br>Defendants. | No. 2:25-cv-1449-DJC-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss. ECF No. 33. Good cause appearing, Plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 33, is granted.

2. Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

Dated: September 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE